**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  1:26-mj-02536-Louis

UNITED STATES OF AMERICA

v.

PATRICK JACKSON,

      Defendant.

_____/

FILED BY _____CB_____ D.C.

**Mar 20, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3.  Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    */s/ Breezye Telfair*_____
       BREEZYE TELFAIR
       Assistant United States Attorney
       Florida Bar No. 18055
       99 Northeast 4th Street, Suite 500
       Miami, Florida 33132-2111
       Telephone: (305) 961-9329
       E-mail: breezye.telfair@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **PATRICK JACKSON,** | ) | Case No.   1:26-mj-02536-Louis |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 13, 2026_____ in the county of _____Miami-Dade_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threats |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sara Medina, Special Agent VA-OIG
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date:    March 20 2026

_____
*Judge's signature*

City and state:        Miami, Florida

Honorable Ellen F. D'Angelo, United States Magistrate Judge
Lauren Louis *Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Sara Medina, being first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the United States Department of Veterans Affairs ("VA"), Office of Inspector General ("OIG"). I have held this position since September 2020. I am currently assigned to the Southeast Field Office, Palm Beach Gardens, Florida, where I am authorized and responsible for investigating crimes pertaining to the programs and operations of VA, to include threatening communications in violation of Title 18, United States Code, Section 875.

2. This affidavit sets forth probable cause to believe **Patrick Jackson** (**"JACKSON"**), made threats to injure persons at the Miami VA Medical Center, in violation of Title 18, United States Code, Section 875(c).

3. This affidavit does not include every fact known to me, but rather contains sufficient facts to establish probable cause to support the attached criminal complaint and arrest warrant. The facts herein are based on personal knowledge as well as information provided to me by other law enforcement officers.

## PROBABLE CAUSE

4. **JACKSON** is a former U.S. Marine who served 10-years on active duty as an administrative clerk and did not deploy. **JACKSON** has been a patient at the Miami Veteran Affairs Hospital, hereinafter referenced as "Miami VA" for more than 15 years. Beginning on or about March 10, 2026, **JACKSON** sent threatening messages to medical staff employed by and associated with Miami VA. Specifically, on March 10, 2026, **JACKSON** sent a text message to a former Miami VA staff member whom JACKSON knew through a Marine organization in Miami.

In the message, JACKSON stated he was in his "war room" praying and warned that he was "declaring war" and "there will be blood." On the same day, in a similar text message sent to a staff member affiliated with patients receiving Miami VA care, JACKSON also threatened war and warned blood would be "shed in Jesus' name."

5.     The following day, on March 11, 2026, JACKSON spoke with the Chief of Police for Miami VA. Over the phone, JACKSON called in a "tip." JACKSON stressed that he was "not involved," and told the Police Chief that "the building should be evacuated by noon today." When pressed further, JACKSON told the Police Chief "...you're smart. You should know what that means," and JACKSON ended the call. The statement was believed to be a bomb threat and law enforcement conducted a protective sweep of Miami VA to ensure no bombs were on the property.

6.     Law enforcement linked JACKSON to the text messages on March 10th and the phone call on March 11th through his phone number. Both the messages to staff and the call to the police were sent from 786-702-6525, a T-Mobile number assigned to JACKSON. Based on the numerous threats to life, law enforcement initiated emergency resources to track and locate JACKSON's phone through its cellular provider. Twice, on the evening of March 11, 2026, local law enforcement encountered JACKSON in Miami-Dade County but failed to apprehend JACKSON.

7.     On March 12, 2026, JACKSON called Volunteers of America, a program that assists veteran service members and is located at 1492 West Flagler Street, in Miami, Florida. During the phone call, JACKSON stated "if anyone goes near the car no one will survive." The statement was believed to be a bomb threat. As a result, local law enforcement locked down the building. Volunteers of America is located less than 2 miles from Miami VA. Again, JACKSON used his T-Mobile registered phone number to make the threat.

2

8.      On March 16, 2026, at approximately 6:50 a.m., JACKSON called the Miami VA crisis line to request assistance from a non-VA physician. JACKSON threatened that if he did not receive help from a non-VA physician he would "handle it like a man and will get a firearm." A patient advocate dialed the number that JACKSON used to contact the Miami VA crisis line and spoke with JACKSON. The patient advocate asked JACKSON to come to Miami VA for treatment. JACKSON responded "don't ask me to come there because if I come there, I might blow that shit up. Are we clear? I got my weapons out."

9.      Between March 16, 2026, and March 17, 2026, JACKSON is believed to have traveled from the Southern District of Florida to North Carolina. On March 18, 2026, while in North Carolina, JACKSON called Miami VA and made another threat to injure individuals. Specifically, on March 18, 2026, at approximately 3:50 a.m., JACKSON called the VA crisis line and demanded community care from a non-VA physician. JACKSON detailed his location and current medical condition by stating he was on the 2nd floor of Miami VA, he had covered the cameras, he was armed with a firearm, and there would be "war." Later, at approximately 9:38 a.m., JACKSON dialed the VA hotline and stated:

> "Have weapon on me on government property. I have been at the Miami VA since 4:38 this morning and they don't know where I'm at...want community care done today...I'm in the building with a firearm. The facility will be on CNN today. I promise. If police come near me they won't survive. I will stand my ground. I am a United States Marine, two tours in Iraq and I have been trained to do one thing. Kill. And that training hasn't left me. I want my services. I'm going from floor to floor, from room to room."

A review of JACKSON's social media account revealed JACKSON posted a racist and antisemitic post that made similar if not the same remarks that JACKSON made in his statement over the phone on the VA hotline. JACKSON's social media account is filled with photographs of JACKSON and is also associated with the T-Mobile phone number that JACKSON used to facilitate his threatening communication.

3

10.     On March 19, 2026, at approximately 3:20 a.m., JACKSON called the VA crisis line and made the following audio recorded statement: *"The Miami police have harassed me and if they attempt to do that again, I will be forced to stand my ground and protect myself... in order to prevent a shooting at Miami VAMC, a referral needs to be made to community care today...I will do it while the building is full around 8 a.m. to 4 p.m. There will be a blood bath today... blood will spread today...I declare war again today."*

11.     Based on records provided by T-Mobile, JACKSON was in the Southern District of Florida between March 10th and March 16th, when he made threats to injure individuals in and around Miami VA. On March 18th and March 19th, JACKSON was in North Carolina when he threatened to injure individuals in and around Miami VA. All calls made by JACKSON to the VA crisis line and VA hotline were audio recorded and reviewed by your affiant. Your affiant also reviewed a since deleted social media post that JACKSON posted on March 10th. The post threatened the life of the Miami Beach Police Chief and the City of Miami Police Chief.

12.     Therefore, based on the foregoing, the facts set forth in this affidavit establish probable cause to believe **JACKSON** has committed a criminal offense in violation of 18 U.S.C § 875(c), that is threatening interstate commerce.

FURTHER AFFIANT SAYETH NAUGHT.

SARA MEDINA
SPECIAL AGENT
U.S. DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF INSPECTOR GENERAL

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this 20 day of March 2026.

HONORABLE ELLEN D'ANGELO
UNITED STATES MAGISTRATE JUDGE
Lauren Louis

4